# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145409

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC:  145409
     COA:  308356
     Genesee CC:  04-015240-FC

JIMMY WAYNE BENNETT II,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the May 8, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

p0122

_____
Clerk